UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:25-cv-00902

———

**Olamide Olatayo Bello,**
*Plaintiff,*

v.

**Amur Equipment Financing,**
*Defendant.*

———

# ORDER

Plaintiff, proceeding pro se, filed this lawsuit on August 11, 2025. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's case without prejudice for failure to prosecute. Doc. 9 at 2. Plaintiff did not file objections to that report, pay the filing fee, or submit a certified in forma pauperis data sheet.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. This case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on April 23, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -